USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2020

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~

**Abdul K. Hassan, Esq.**                                                              Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                   Fax: 718-740-2000
*Employment and Labor Lawyer*                                          Web: www.abdulhassan.com

August 26, 2020

**Via ECF**

Hon. Stewart D. Aaron, USMJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007
Tel: 212-805-0141

<u>**Re: Camille v. Beth Israel Medical Center**</u>
**Case No. 20-CV-02698 (ALC)(SDA)**
**Motion to Adjourn Conference**

Dear Magistrate-Judge Aaron:

    My firm represents plaintiff in the above referenced action, and I respectfully write with the consent of Defendant, to request a three-week adjournment of the September 1, 2020 initial conference and related deadlines. The additional time is needed so that Plaintiff can further evaluate his needs for legal counsel and possible additional matters concerning Defendant.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**       **Defense Counsel via ECF**

ENDORSEMENT: Request GRANTED. The telephonic initial pretrial conference currently scheduled for September 1, 2020 is hereby adjourned to September 22, 2020 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.
Dated: 8/27/2020

*/s/ Stewart D. Aaron*

1