```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARC CAMILLE,

                Plaintiff,

- against -

BETH ISRAEL MEDICAL CENTER, a/k/a MOUNT
SINAI HEALTH SYSTEM, INC.,

                Defendant.
---------------------------------------------------------------X

20-CV-02698

**SUBSTITUTION OF COUNSEL**

THE UNDERSIGNED hereby consent to the substitution of Lisa Skruck, Esq., from the law firm of Phillips & Associates, PLLC, on behalf of Plaintiff, Marc Camille, and the withdrawal of Abdul K. Hassan, Esq. from Abdul Hassan Law Group, PLLC, as counsel for Plaintiff, Marc Camille, in the above-entitled action. The undersigned kindly requests that the Court remove Mr. Hassan from the Court's CM/ECF system in this matter, and substitute Ms. Skruck as lead counsel to be noticed.

Superseding Attorney:

By: _/s/ Lisa Skruck_
Lisa Skruck, Esq.
Phillips & Associates, PLLC
*Attorney for Plaintiff*
585 Stewart Avenue, Suite 330
Garden City, New York, 11530
Tel: (212) 248-7431
lskruck@tpglaws.com

Withdrawing Attorney:

By: _/s/ Abdul Hassan_
Abdul K. Hassan, Esq.
Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue,
Queens Village, New York 11427
Tel: (718) 740-1000
Abdul@abdulhassan.com

Dated:  New York, New York
          September 14, 2020

SO-ORDERED:

_/s/ Stuart␣␣ Aaron_
THE HONORABLE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

9/15/2020
Date