USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2020



*Attorneys at Law*
ADWAY, Suite 430, New York, New York 10006
Tel: (212) 248-7431 Fax: (212) 901-2107

September 17, 2020

**VIA ECF**
Hon. Stewart D. Aaron
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Request GRANTED. The telephonic Initial Pretrial Conference is adjourned to Monday, November 9, 2020, at 10:00 a.m. SO ORDERED.
Dated: 9/17/2020

*/s/ Stewart D. Aaron*

Re:  **Marc Camille v. Beth Israel; Case No.: 20-cv-02698 (ALC)(SDA)**

Dear Judge Aaron:

This office represents Plaintiff Marc Camille in the above-referenced action. Upon consent of Defendant's counsel, Plaintiff respectfully requests an adjournment of the telephonic Initial Pretrial Conference currently scheduled for September 22, 2020, at 11:00 a.m. This is Plaintiff's second request for an adjournment of the Initial Pretrial Conference.

The basis for this request is that this office was recently retained by Plaintiff, and Plaintiff is filing an Amended Complaint on consent of Defendant. Prior to an Initial Pretrial Conference being held, Defendant wishes to answer or otherwise respond to the Amended Complaint, and the parties intend to meet and confer regarding a case management plan that takes the Amended Complaint into account.

Accordingly, Plaintiff respectfully requests that the Court adjourn the Initial Pretrial Conference until after the Answer (or other response) to the Amended Complaint is due, which, by stipulation of counsel, is November 2, 2020.

Plaintiff thanks the Court for its consideration of this request.

Respectfully submitted,

_/s/ Lisa Skruck_
Lisa M. Skruck

To:   All counsel of record (via ECF)