UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marc Camille,

                Plaintiff,

-against-

Beth Israel Medical Center a/k/a Mount Sinai Beth Israel,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2021
```

1:20-cv-02698 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Discovery in this action having closed on August 9, 2021 (*see* Revised Case Mgmt. Plan, ECF No. 41), no later than Friday, August 20, 2021, the parties shall file a joint letter indicating (1) whether any party intends to file a dispositive motion, and (2) whether the parties wish to hold a settlement conference.

**SO ORDERED.**

Dated:      New York, New York
              August 12, 2021

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge