USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 17, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MARC CAMILLE,** | |
| **Plaintiff,** | |
| -against- | **20-cv-2698 (ALC) (SDA)** |
| **BETH ISRAEL MEDICAL CENTER, A/K/A MOUNT SINAI BETH ISRAEL** | **ORDER** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties stipulation of dismissal of this matter. As this is a FLSA matter, if the Parties have settled this matter, they are directed to file the settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and accompanying memorandum shall be filed no later than September 7, 2021.

**SO ORDERED.**

**Dated**: August 17, 2021
New York, New York

*[signature]*

**ANDREW L. CARTER, JR.**
**United States District Judge**